**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MAHA SAI LLC,

          Plaintiff,

v.                                                                  Case No.: 6:23-cv-856-WWB-DCI

ACTING SECRETARY, DEPARTMENT
OF HOMELAND SECURITY,
SECRETARY, US DEPARTMENT OF
STATE, CONSULATE GENERAL,
MUMBAI, INDIA, CONSULAR
OFFICER, MUMBAI, INDIA and
AMBASSADOR, UNITED STATES
EMBASSY, MUMBAI, INDIA,

          Defendants.

_____

**ORDER**

      THIS CAUSE is before the Court on Plaintiff's Notice of Voluntary Dismissal

Without Prejudice (Doc. 9). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the

Clerk of Court is directed to terminate all pending motions and close this case.

      **DONE AND ORDERED** at Orlando, Florida on August 29, 2023.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record